# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Three bank accounts

**SEIZURE WARRANT**

CASE NUMBER:   2:21-MJ-01931

TO: The U.S. Postal Inspection Service and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Postal Inspector Lyndon Versoza</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely the bank accounts listed in **attachment A,**

which is subject to seizure and forfeiture pursuant to 21 U.S.C. §§ 853(f) and 881, 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c),

concerning violations of 18 U.S.C §§ 1343, 1344, 1349, and 1956, and 21 U.S.C. §§ 841 and 846.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**The financial institutions listed in the attachment are ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to U.S. Postal Inspection Service, PO Box 861358, Los Angeles, CA 90086-1358.**

at   Los Angeles, California

**Date and Time Issued**

Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED  2:21-MJ-01931 | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| |

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:_____

_____
Executing officer's signature

_____
Printed name and title

**ATTACHMENT A – Bank Accounts to Seize**

The bank accounts to be seized are:

    a.    Wells Fargo Bank account 1907876112, held in the name of Michael POLIAK;

    b.    Wells Fargo Bank account 1043037496, held in the name of MGP CONSULTING LLC, to the benefit of Michael POLIAK; and

    c.    First Republic Bank account 80009535032, held in the name of "353 S Wetherly Dr. LLC", to the benefit Michael POLIAK and his contractor, Jacob Lavi.