TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEIZURE WARRANT FOR CERTAIN BUSINESS EQUIPMENT LOCATED AT U.S. PRIVATE VAULTS, INC., 9182 W. OLYMPIC BLVD., BEVERLY HILLS, CALIFORNIA | No. 2:21-MJ-01307 <br><br> GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING SEIZURE WARRANT; DECLARATION OF AUSA ANDREW BROWN |
|---|---|

The government applies ex parte for an order unsealing the seizure warrant, all attachments thereto, and the seizure warrant return.

///

This ex parte application is based on the attached declaration of AUSA Andrew Brown, and the records and files in this case.

Dated: April 20, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s Andrew Brown*

ANDREW BROWN
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2

**DECLARATION OF AUSA ANDREW BROWN**

I, AUSA Andrew Brown, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California and represent the government in this matter.

2. The seizure warrant in this case has already been executed, and resulted in the seizure of nests of safety deposit boxes among other items. Several individual boxholders affected by the seizure have requested copies of the warrant and the return. Further, some boxholders have requested the portion of the underlying affidavit that discusses the inventorying of the contents of individual boxes and notifying their owners how to claim their property, which is addressed in one paragraph. Because this paragraph of the affidavit does not relate to an ongoing criminal investigation, or any of the confidential information in the affidavit, I also request permission to provide just that paragraph of the affidavit to interested parties. There is currently litigation concerning the propriety of the inventorying of the boxes, so disclosing it should be helpful to the courts overseeing those cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 20, 2021.

/s Andrew Brown
AUSA ANDREW BROWN